# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MIGUEL LOPEZ,

    Plaintiff,

v.

AMERICA'S SERVICING COMPANY, *et al.*,

    Defendants.

Case No. 2:12-CV-00151-KJD-GWF

**ORDER**

    Before the Court is Defendant Bank of America, N.A.'s Motion to Dismiss (#6). All other Defendants joined the Motion (##8, 16). Plaintiff has not filed an opposition to the Motion or the joinders thereto.

    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to the Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the Motion. Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendant's Motion appear to be supported by good cause.

    Accordingly, **IT IS HEREBY ORDERED THAT**, Defendant Bank of America N.A.'s Motion to Dismiss (#6) is **GRANTED**.

    **IT IS FURTHER ORDERED** that this action is dismissed against all Defendants.

    DATED this 29th day of February 2012.

_____
Kent J. Dawson
United States District Judge